# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WAJNICK ILLAIT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3192

[January 16, 2020]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502008CF000991AXXXMB.

Wajnick Illait, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and TAYLOR, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***